UTICA,
August, 1827

Jackson
v.
Johnson.

JACKSON, *ex dem.* ROWAN, *against* JOHNSON.

A. HACKLEY, for the defendant, moved for judgment as in case of nonsuit.

*\*D. Russell,* contra, objected that a new trial had been once granted on the part of the plaintiff; and that he had not had notice of the rule. That fact should be shown before this motion can be made. (*Jackson* v. *Wilson,* 9 John. 265.)

*Hackley* said that was the case of a motion for a new trial made by the defendant.

*Curia.* It does not apply for that reason. A party who obtains a rule must take notice of it. There is no propriety in his waiting for a notice from the adverse party.

Motion granted.

Where a new trial is granted on the plaintiff's motion. he must take no- [*420] tice of it, and proceed to trial without notice from the defendant. If he do not, he may be nonsuited. A party obtaining a rule, has no right to wait for notice of it from the adverse party.

---

JACKSON, *ex dem.* DEWEY, *against* M'KINNEY.

THIS cause being noticed for trial, the defendant obtained an order to stay proceedings, with a view to move that all proceedings stay, on the part of the plaintiff, till security for costs in a former cause should be filed. That motion was now made.

*D. Russell,* for the motion

*R. Weston,* contra.

The Court, having denied it with costs, ordered not only the costs of the motion, but also the plaintiff's costs of pre-

Where an order to stay a trial is obtain- ed, with a view to a motion, which is denied with costs, the costs of the opposite party in preparing for trial will be allowed, up to the time of the order to stay being ser--